IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERMAN ZAMORA,<br><br>    Petitioner,<br><br>    v<br><br>JAMES D HARTLEY,<br><br>    Respondent.<br>_____/ | No   1-08-cv-01130 VRW<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME, GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

        Petitioner German Zamora, an incarcerated state prisoner proceeding <u>pro se</u>, requests an extension of time to file a notice of appeal from the judgment entered on November 5, 2009 pursuant to the order denying his petition for a writ of habeas corpus. Petitioner states that he was transferred to another institution and did not receive a copy of the court's judgment until December 21, 2009. Petitioner has filed a timely motion for extension of time and has demonstrated excusable neglect pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure. Doc #25. Accordingly, petitioner's request for an extension of time to file a notice of appeal is GRANTED.

        Petitioner filed a notice of appeal on January 4, 2010. Doc #26. Because petitioner challenges an administrative decision

by the Board of Prison Terms to deny his request for parole, a certificate of appealability is not required for an appeal from the judgment and order denying his habeas petition.  See Rosas v Nielsen, 428 F3d 1229, 1232 (9th Cir 2005).

On January 5, 2010, petitioner filed an application to proceed without prepayment of fees and affidavit, using the form to proceed in district court, which is construed as a motion to proceed in forma pauperis on appeal.  Doc #27.  FRAP Rule 24 permits a party who was permitted to proceed in forma pauperis in the district court to proceed on appeal in forma pauperis without further authorization.  As petitioner was granted in forma pauperis status by the court on August 11, 2008, Doc #7, petitioner's application to proceed in forma pauperis on appeal is GRANTED.

The clerk shall forward to the court of appeals the case file with this order.

IT IS SO ORDERED.

VAUGHN R WALKER
United States Chief District Judge